# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Bankruptcy Case No.: |
| EASTMAN KODAK COMPANY, *et al.*, | 12-10202 (ALG) |
| Debtor(s) | |

THE KODAK GUC TRUST, by and through
Alan D. Halperin, as Trustee

| | |
|---|---|
| Plaintiff, | Adversary Proceeding No.: |
| | 14-01701 (ALG) |

BEYONDSOFT CORPORATION,

Defendant.

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days from the date you were served with this summons, to:

> **Clerk of the Court**
> **United States Bankruptcy Court, Southern District of New York**
> **One Bowling Green**
> **New York, New York 10004-1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> **Name and Address of Plaintiff's Attorney:**
>
> **Tyson M. Lomazow**
> **Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP**
> **One Chase Manhattan Plaza**
> **New York, NY 10005**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 | Room: 617 (ALG), One Bowling Green, New<br>New York, NY 10004<br><br>Date and Time: **To Be Determined** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

|  | Vito Genna |
|---|---|
|  | *Clerk of the Bankruptcy Court* |
| 2/10/2014 | By:   /s/ Carmen Ortiz |
| *Date* | *Deputy Clerk* |