UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| EASTMAN KODAK COMPANY, *et al.*,[1] | ) ) ) Case No. 12-10202 (ALG) |
| Debtors. | ) ) Confirmed ) |

**ORDER EXTENDING TIME FOR SERVICE OF PROCESS PURSUANT TO RULES 7004(a) AND 9006(b)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE IN CERTAIN ADVERSARY PROCEEDINGS**

Alan D. Halperin, Esq., as trustee (the "Trustee") of the Kodak GUC Trust, by his attorneys, Hahn & Hessen LLP and Halperin Battaglia Raicht, LLP, having moved this Court pursuant to a Notice of Presentment dated May 12, 2014, seeking the entry of an Order Extending Time for Service of Process Pursuant to Bankruptcy Rule 7004(a) and 9006(b)(1) and Federal Rule of Civil Procedure 4(m) in Certain Adversary Proceedings (the "Motion");[2] and the Court having considered the Motion and any objections or responses thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and it appearing that no other further notice need be provided; and the relief requested being in the best interest of the Trust, the Debtors, and their estate and creditors; and the Court having determined that the

---

[1]    The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Eastman Kodak Company (7150); Creo Manufacturing America LLC (4412); Eastman Kodak International Capital Company, Inc. (2341); Far East Development Ltd. (2300); FPC Inc. (9183); Kodak (Near East), Inc. (7936); Kodak Americas, Ltd. (6256); Kodak Aviation Leasing LLC (5224); Kodak Imaging Network, Inc. (4107); Kodak Philippines, Ltd. (7862); Kodak Portuguesa Limited (9171); Kodak Realty, Inc. (2045); Laser-Pacific Media Corporation (4617); NPEC Inc. (5677); Pakon, Inc. (3462); and Qualex Inc. (6019). The location of the Debtors' corporate headquarters is: 343 State Street, Rochester, NY 14650.

[2]    Capitalized terms not herein defined shall have the meanings ascribed to them in the Motion.

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is GRANTED, and it is further

**ORDERED,** that the deadline to serve a summons and complaint, as set forth in Rule 7004(a) of the Federal Rule of Bankruptcy Procedure, is extended to June 30, 2014 in each Adversary Proceeding listed on **Exhibit A** attached hereto; and it is further

**ORDERED**, that the Clerk of the Court is directed to electronically file this Order in each adversary proceeding set forth on **Exhibit A**; and it is further

**ORDERED**, that Trustee's counsel must serve a copy of this Order upon each Defendant in the Adversary Proceedings listed on **Exhibit A** either with the summons and complaint or as soon after service of the summons and complaint as possible; **and it is further**

**ORDERED, that this Order is without prejudice to further extensions of time, for cause shown.**

Dated: New York, New York
       May 27, 2014

              s/Allan L. Gropper
              HONORABLE ALLAN L. GROPPER
              UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

**EXHIBIT A**

| Adv. Proc. No. | Name of Defendant | Gross Amount of Complaint | Foreign or Domestic Defendant | Reason for Requesting an Extension |
|---|---|---|---|---|
| 14-01169 | ACME Printing Company | $28,304.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01426 | Arch Chemicals | $13,500.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01557 | B & M Enterprises Co. Ltd. | $506,733.40 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01108 | BASF AG | $245,887.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01701 | Beyondsoft Corporation | $772,813.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01569 | Bookkeeper 4 Misc. Account | $122,821.12 | Domestic | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01325 | BSI America, Inc. | $19,881.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01435 | Buhrmann NV | $17,523.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01126 | Bynet Software Systems | $49,976.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01572 | Central Louisiana Imaging Center, L.L.C. | $6,606.33 | Domestic | We are still awaiting additional information from Kodak to determine whether additional related transferees should be added to Complaint. |
| 14-01464 | Clean Harbors | $8,359.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01401 | Copiat, Inc. | $41,211.61 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01586 | CPS & Associates, Inc. | $21,288.49 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01182 | Datatech Depot | $257,441.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01088 | David Electronics Company Ltd. | $89,589.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01600 | Dr. Ecklebe GmbH | $313,201.35 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01602 | Duomedia BVBA | $118,696.90 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01670 | Emirates Integrated | $14,482.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01432 | European Drives & Motor Repairs | $10,475.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |

**EXHIBIT A**

| Adv. Proc. No. | Name of Defendant | Gross Amount of Complaint | Foreign or Domestic Defendant | Reason for Requesting an Extension |
|---|---|---|---|---|
| 14-01186 | General Services Administration | $21,095.29 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01465 | GJ Haerer | $28,000 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01560 | Global Network Security Inc. | $61,000.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01422 | Greg Best | $15,057.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01692 | HD Supply Plumbing/HVAC, Ltd. | $12,262.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01221 | Henkel KGaA d/b/a Henkel Corporation | $12,554.86 | Foreign | We are still investigating the legal address of this defendant. |
| 14-01104 | Hunkeler Holding AG | $542,398.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01758 | Ilford Imaging Switzerland GmbH | $689,257.45 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01538 | Information Management Services | $41,616.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01249 | Infosource (UK) Ltd. | $22,480.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01081 | Infosys BPO Limited | $1,218,714.00 | Domestic | Waiting on payment formation from CBIZ. Claiming most of the payments went to their parent company Infosys Technology Limited. |
| 14-01261 | Institute of Microelectronics | $45,959.75 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01092 | Iwaki Co., Ltd. | $91,561.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01504 | Jari Holdings | $6,150.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01112 | Lucky (Shenyang) Technology | $90,720.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01105 | Mascon Global Limited | $1,100,196.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |

**EXHIBIT A**

| Adv. Proc. No. | Name of Defendant | Gross Amount of Complaint | Foreign or Domestic Defendant | Reason for Requesting an Extension |
|---|---|---|---|---|
| 14-01418 | Michel Muhlstein Junod Guyet | $16,710.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01090 | Mitsuboshi Chem Ind. Co. Ltd. | $86,883.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01056 | Moduwell Co. Ltd. | $277,626.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01492 | National Electric Manufacturers | $8,141.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01051 | Netchem Inc. | $180,695.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01320 | Novocell Semiconductor | $60,000.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01457 | Oerlikon Leybold Vacuum USA Inc. d/b/a Balzers and Leybold U.S. Holdings, Oerlikon Group, and Optics Balzers AG | $332,536.54 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01477 | Ohshima Patent Office | $18,857.43 | Foreign | We are still investigating the legal address of this defendant. |
| 14-01308 | Oracle America, Inc. | $15,840.00 | Domestic | We are waiting for information regarding additional transfers. |
| 14-01486 | Pantone Inc. | $7,500.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01738 | Peter J. Romano & Company, Inc. | $232,642.64 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01677 | Pivotal Resources Ltd. | $6,325.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01161 | Porcaro Vancouver Ltd. | $34,151.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01541 | RC Controls | $34,583.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01153 | Requisite Technology Inc. | $38,760.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01518 | Rexel Electrical & Datacom Supplies | $13,889.00 | Domestic | We are still investigating the legal address of this defendant. |

## EXHIBIT A

| Adv. Proc. No. | Name of Defendant | Gross Amount of Complaint | Foreign or Domestic Defendant | Reason for Requesting an Extension |
|---|---|---|---|---|
| 14-01039 | Robert M. Meisel | $10,500.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01227 | Rock Of Ages, LLC | $18,688.08 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01467 | Rockwood Pigments | $8,160.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01450 | Rolls-Royce PLC | $9,130.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01417 | Rossen Miloushev | $17,697.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01667 | Royal DSM N.V. | $21,000.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01675 | SABIC Innovative Plastics US LLC | $6,440.00 | Domestic | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01482 | Sandvik Process Systems LLC | $7,602.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01145 | Schonenberger GMBH | $42,722.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01048 | SGS Gulf Limited | $16,839.96 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01102 | Shainaz Begum | $24,679.00 | Foreign | We are still investigating the legal address of this defendant. |
| 14-01305 | Shenzhen DBK Electronics Co. Ltd. | $19,723.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01050 | SJ Productions Ltd. | $8,431.59 | Foreign | We are still investigating the legal address of this defendant. |
| 14-01093 | Solarwinds.net | $80,564.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01055 | Somatec Sondermaschinen GMBH | $396,794.83 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01246 | Sprague Energy Corp., and Naughton Energy Corporation | $154,958.49 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01109 | Suministradora Flexografica | $128,344.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |

4

**EXHIBIT A**

| Adv. Proc. No. | Name of Defendant | Gross Amount of Complaint | Foreign or Domestic Defendant | Reason for Requesting an Extension |
|---|---|---|---|---|
| 14-01553 | Technischer Ueberwachungs Verin Rheinland | $107,545.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01065 | Technotrans AG | $170,341.24 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01510 | Teltec Corp. | $27,455.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01298 | The John Henry Company | $29,128.00 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01072 | Thermo Electron Corporation | $92,083.78 | Domestic | We are still awaiting additional information from Kodak to determine whether additional related transferees should be added to Complaint. |
| 14-01031 | Tianjin Kaideruixin Intl. Trade Co. | $354,900.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01624 | TNCP Inc. d/b/a Men of a Certain Age | $12,282.24 | Domestic | We are still investigating the legal address of this defendant. |
| 14-01029 | Toshiba Corporation | $401,823.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01077 | Total A.G. – SRL | $20,806.40 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01173 | TUV Rheinland of North America, Inc. | $29,477.00 | Foreign | We are still awaiting additional information from Kodak to determine whether to pursue this matter further. |
| 14-01461 | Upham Associates, Inc. | $8,600.00 | Domestic | We are still investigating the legal address of this defendant. |